# EXHIBIT G

# Gainesvillcoins.com

November 12, 2012
English

**Related Searches**

- silver eagle
- silver coins
- gold coin
- online auction
- used trucks
- engagement rings
- drug rehab
- used cars for sale
- sell used car
- wholesale jewelry

**Sponsored Listings**

- **Gold Bullion 1% Over Cost**

  7 Day Free Insured Delivery 800-679-5394 - BBB A+ Ratingwww.MeritGold.com

- **Silver American Eagles**

  Great Prices, Huge Selection - Silver Dollars Bullion - Buy Nowlwww.silvertowne.com

- **APMEX® Official Site**

  Low Prices. Order Online 24/7! Changing How The World Buys Silver™www.APMEX.com/Silver

- **US Silver Dollar**

  We sell the highest quality silver eagle coins. Buy nowlwww.govmint.com

- **Win a 2 lb. Silver Coin**

  Enter to Win This 32.15 oz. Silver Coin, Valued at More Than $1,200!IndependentLivingBullion.com

- **Gold & Silver For Cheap!**

  Eagles, Maples, Bars and Gold!www.Silver50.com

Related Searches:

gold coin | online auction | used trucks | engagement rings | drug rehab | used cars for sale | sell used car | wholesale jewelry
Privacy Policy    Legal Policies

# Gainesvillcoins.com

November 12, 2012
English

**Related Searches**

- silver eagle
- silver coins
- gold coin
- online auction
- used trucks
- engagement rings
- drug rehab
- used cars for sale
- sell used car
- wholesale jewelry

**Sponsored Listings**

- **Gold Bullion 1% Over Cost**

  7 Day Free Insured Delivery 800-679-5394 - BBB A+ Ratingwww.MeritGold.com

- **Silver American Eagles**

  Great Prices, Huge Selection - Silver Dollars Bullion - Buy Nowwww.silvertowne.com

- **APMEX® Official Site**

  Low Prices. Order Online 24/7! Changing How The World Buys Silver™www.APMEX.com/Silver

- **US Silver Dollar**

  We sell the highest quality silver eagle coins. Buy now!www.govmint.com

- **Win a 2 lb. Silver Coin**

  Enter to Win This 32.15 oz. Silver Coin, Valued at More Than $1,200!IndependentLivingBullion.com

- **Gold & Silver For Cheap!**

  Eagles, Maples, Bars and Gold!www.Silver50.com

Related Searches:

gold coin | online auction | used trucks | engagement rings | drug rehab | used cars for sale | sell used car | wholesale jewelry
Privacy Policy   Legal Policies

# Gainsevillecoins.com

November 13, 2012

English ▼

**Related Searches**

- online auction
- used truck
- gold coin
- wholesale jewelry
- auctions
- car auction
- hud homes
- sell car
- bracelet
- jewelry

Search

**Sponsored Listings**

### Buy US Silver Coins

Free 7 Day Shipping For New Clients 800-945-0364 - BBB A+ Rating www.MeritGold.com

### Silver Coin Guide

Search for Price & Value of Silver Coins. Start Buying & Selling Now. CanDoFinance.com/SilverCoins

### Gold Eagles, US Mint Coin

Leading Gold Coin Dealer - USA Immediate Availability on US Eagles www.monex.com/best_value_gold_coins

### Price for Gold

Nation's Largest Gold &Silver Buyer 110% Price Guarantee-Stop in Today! www.goldmaxusa.com

### Buy Rare Coins Today

Lowest Commission Rates w/ No Min. Fast Payment, Register Now! GreatCollections.com

**Related Searches:**

- gold coin
- |
- wholesale jewelry
- |
- auctions
- |
- car auction
- |
- hud homes
- |
- sell car
- |
- bracelet
- |
- jewelry

Privacy Policy    Legal Policies

# Gainsvillcoins.com

November 13, 2012

English

**Related Searches**

- silver coins
- gold coin
- forex trading
- online stock trading
- silver eagle
- online trading
- used trucks
- wholesale jewelry
- money market account
- penny stocks

Search

**Sponsored Listings**

- ### Buy Silver Online-24/7

  BEST Prices with Personal Service Wide Selection-Coins, Bars, Roundswww.JMBullion.com/Silver

- ### Buy Gold Coins With Merit

  Free 7 Day Shipping For New Clients 800-945-0364 - BBB A+ Ratingwww.MeritGold.com

- ### Gold Eagles, US Mint Coin

  Leading Gold Coin Dealer - USA Immediate Availability on US Eagleswww.monex.com/best_value_gold_coins

- ### Price for Gold

  America's Most Trusted Gold Buyer. Thousands of Satisfied Sellers !www.goldmaxusa.com

- ### Buy Gold Coins

  Buy & Invest in Gold Coins With An Industry Leader. Free Shipping.www.Goldline.com/866-713-8059

**Related Searches:**

- forex trading
- |
- online stock trading
- |
- silver eagle
- |
- online trading
- |
- used trucks
- |
- wholesale jewelry
- |
- money market account
- |
- penny stocks

Privacy Policy    Legal Policies