UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAINESVILLE COINS, INC.,

    Plaintiff,

v.                                              CASE NO.: 8:12-cv-2607-T-23TGW

OVERSEE DOMAIN
MANAGEMENT, LLC, and JOHN
DOES 1-15,

    Defendants.
_____/

## **ORDER**

On November 28, 2012, Oversee Domain Management, LLC ("ODM"), moved (Doc. 8) to "dissolve" the temporary restraining order contained in a November 20 order (Doc. 6) and to reconsider the expedited discovery required by the order.

During a November 28 hearing conducted an hour after the submission of the motion, Magistrate Judge Wilson continued the preliminary injunction hearing, and ODM consented to the continued operation of the TRO. *See* Fed R. Civ. P. 65(b)(2) (permitting a TRO to exceed fourteen days if "the adverse party concedes to a longer extension"). After the hearing, Judge Wilson issued an order (Doc. 13) requiring the

parties to "confer and present a proposed schedule for the hearing on the motion for preliminary injunction."

With the preliminary injunction hearing continued, the discovery schedule prescribed in the November 20 order is no longer necessary. Accordingly, the proposed schedule ordered by Judge Wilson shall also include proposed deadlines for (1) a discovery request, (2) any objection, (3) any motion to compel, and (4) a response to any motion to compel. Subject to approval by Judge Wilson, the proposed schedule must be submitted as a joint motion.

The motion (Doc. 8) is **DENIED IN PART** and **GRANTED IN PART**. The TRO remains in effect, but the portion of the November 20 order containing a discovery schedule (Doc. 6 at 5) is vacated. Accordingly, the November 20 order is **VACATED IN PART**.

ORDERED in Tampa, Florida, on November 29, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE